[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13798

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 30, 2011
JOHN LEY
CLERK

D.C. Docket No. 9:08-cv-80131-WPD

GERHARD EMIL MAALE, III,

Plaintiff -
Counter Defendant -
Appellant,

versus

CAICOS BEACH CLUB CHARTER, LTD,
a foreign company, et al.,

Defendants,

KIM FRANCIS KIRCHGESSNER,
RAHL & RAHL, PA,
a Florida professional association,
PATRICIA RAHL,
BRIAN RAHL,

Defendants -
Counter-Claimants -
Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(March 30, 2011)

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Gerhard Emil Maale, III, appeals the district court's grant of summary judgment to Defendants Kim Kirchgessner, Brian Rahl, Patricia Rahl, and Rahl & Rahl, PA, on Maale's civil R.I.C.O. claims. He argues that the court erred in concluding that his claims were barred by the four-year statute of limitations for civil R.I.C.O. claims. We have considered the briefs and oral argument of the parties and, on this record, find no reversible error in the district court's order granting summary judgment to the Defendants.

**AFFIRMED.**